IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>          Plaintiff,<br><br>vs.<br><br>STACY A. OTT,<br><br>          Defendant. | 7:21CV5011<br><br>**MEMORANDUM<br>AND ORDER** |

On March 17, 2022, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 9.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 9 at CM/ECF p. 7.) To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders;

2. Plaintiff's pending Motions (Filings 13, 14, 15) are denied as moot; and

3. Judgment shall be entered by separate document.

DATED this 27th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge